UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

BAKER, CYNTHIA A.

Debtor(s),

Case No.: 6:13-bk-01484-CCJ

Chapter 13

## STIPULATION FOR AGREED ORDER ON DEBTOR'S MOTION TO VALUE COLLATERAL AND ALLOWING BALANCE OF CLAIM OF BANK OF AMERICA, N.A. AND ALLOWING BALANCE OF AS GENERAL UNSECURED CLAIM AND DETERMINE PROPER INTEREST RATE
### RE: DOC. 30

COMES NOW the Debtor(s), CYNTHIA A. BAKER, and Creditor, BANK OF AMERICA, N.A., (Hereafter referred to as "Creditor") hereby agree and stipulate to the entry of the Order on the Motion to Value Collateral and Allowing Balance of Claim of Bank of America, N.A. as General Unsecured Claim and Determine Proper Interest Rate (Doc. 30) by and through their respective undersigned attorneys, stipulate and agree as follows:

### RECITALS

A.  On February 8, 2013, the Debtor commenced a voluntary case under Chapter 13 of Title 11, United States Code under the above captioned case number.

B.  The Debtor seeking to value the secured claim of the Creditor under 11 U.S.C. § 506(a), filed her Motion to Value Collateral and Allowing Balance of Claim of Bank of America, N.A. as General Unsecured Claim and Determine Proper Interest Rate requesting the Court to value the secured interest of the Creditor in the real property described as:

> Lot 4, Block B. WASHINGTON PARK SECTION TWO, according to the plat thereof as recorded in Plat Book S at Page 143, of the Official Records of Orange County, Florida
>
> And having a physical address of: 760 Willie Mays Parkway, Orlando, Orange County, Florida 32811

in the amount of Sixteen Thousand Four Hundred Eighty Five Dollars ($16,485.00).

C. That the Creditor, Bank of America, N.A. filed a Response to the Debtor's Motion to Value (Doc. 32) opposing the valuation proposed by the Debtor.

D. The Creditor, Carrington Mortgage Services, LLC f/k/a Bank of America, N.A. filed its Appraisal in Support of Preliminary Response to Motion to Value (Doc. 38) showing the market value of the subject property to be Thirty One Thousand Dollars ($31,000.00).

D. The Debtor has come to an agreement with the Creditor as to the valuation of the real property in the amount of $31,000.00 payable at 7.00% interest until the claim is paid in full.

E. The parties have come to an agreement for entry of an Order on the Debtors Motion to Value Collateral and Allowing Balance of Claim of Bank of America, N.A. as a General Unsecured Claim and Determine Proper Interest Rate (Doc. 30), as to the following terms, which fully resolve all issues addressed in the motion to value and the response filed by the Creditor.

## AGREEMENT

IT IS HEREBY STIPULATED AND AGREED:

1. That the amount of the valuation of the secured interest of CARRINGTON MORTGAGE SERVICES, LLC as assignee of BANK OF AMERICA, N.A., shall be in the amount of Thirty One Thousand Dollars ($31,000.00) payable at 7.00% interest towards the secured interest in the real property of the Debtors more particularly described as:

> Lot 4, Block B, WASHINGTON PARK SECTION TWO, according to the plat thereof as recorded in Plat Book S at Page 143, of the Official Records of Orange County, Florida
>
> And having a physical address of: 760 Willie Mays Parkway, Orlando, Orange County, Florida 32811

2. That the Debtor shall remit the payments consisting of principal and interest in the amount of $613.84 towards the loan for the sixty months (60) months of their plan until completion.

3. That the Creditor will release its lien against the aforementioned property and file a satisfaction of mortgage within the county the property is situated upon the plan completion and subsequent discharge.

4. This stipulation and Order is subject to the approval of the Court and shall be no force and effect unless and until it is so approved by signatory below.

5. The Court shall retain jurisdiction and shall be the exclusive forum to resolve any disputes arising from or relating to this Stipulation and Order.

Dated:

VAN NESS LAW FIRM, PLC
1239 E. Newport Center Drive
Suite 110
Deerfield Beach, Florida 33442
Telephone: (954) 708-2328
Facsimile: (954) 571-4003
Attorneys for Creditor

_____
MICHAEL GULISANO, ESQ.
Florida Bar No. 87573

Dated:

BAKER & BIRCH, P.L.L.C.
1355 Orange Avenue
Suite 3
Orlando, FL 32789
Telephone: (407) 647-8833
Facsimile: (407) 671-5679
Attorneys for Debtor

_____
RICHARD R. BAKER, ESQ.
Florida Bar No. 971110