UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

CYNTHIA A. BAKER                                    Case No.: 6:13-bk-01484-CCJ

      Debtor(s),                                    Chapter 13
_____/

### ORDER ON STIPULATION FOR AGREED ORDER ON MOTION TO VALUE COLLATERAL AND ALLOWING BALANCE OF CLAIM OF BANK OF AMERICA, N.A. AS GENERAL UNSECURED CLAIM AND DETERMINE PROPER INTEREST RATE (CLAIM NO. 004) RE: DOC. 51

THIS CAUSE, having come before this Court on the Stipulation between the Debtor and Creditor regarding the Debtor's Motion to Value Collateral of Bank of America, N.A. and Determine Proper Interest Rate (Doc. 30) and the Amended Response by the Creditor (Doc. 39) which fully resolves all issues in said motion and response as to Creditor's lien on real property of the Debtor consisting of the Debtor's real property located at 760 Willie Mays Parkway, Orlando, Orange County, Florida 32811, and legally described as:

> *Lot 4, Block B. WASHINGTON PARK SECTION TWO, according to the plat thereof as recorded in Plat Book S at Page 143, of the Official Records of Orange County, Florida*

and the Court finds as follows:

    1.  The Motion was served on all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within thirty (30) days of the date of service.

    2.  Amended Response to the Motion was filed by the Creditor on October 14, 2013 (Doc. 39).

    3. The parties have come to an agreement for entry of an agreed order pursuant to the terms of the Stipulation (Doc. 51) filed with this Court on January 15, 2014.

It is therefore,

ORDERED that Debtor's Motion to Value Collateral of BANK OF AMERICA, N.A. (Claim No. 004), and Allowing Balance of Claim as General Unsecured Claim Determination that Claim is Unsecured (Doc. 30) is GRANTED in part and the Creditor, CARRINGTON MORTGAGE SERVICES, LLC as assignee of BANK OF AMERICA, N.A. shall have an allowed secured claim of $31,000.00 payable at 7.00% interest with the remainder of the claim (Claim No. 004) as a general unsecured claim.  Upon completion of the Debtor's plan and if a subsequent discharge is obtained, the creditor shall file a satisfaction of mortgage with the appropriate recording agency within the county where the property is situated.

It is further ORDERED and ADJUDGED that the noticing requirements under Federal Bankruptcy Procedure 3002.1 are waived as to BANK OF AMERICA, N.A. and its successors or assigns.

DONE AND ORDERED this 23rd day of January, 2014.

_____
CYNTHIA C. JACKSON
United States Bankruptcy Judge

*Attorney, Richard R. Baker, Esq., is hereby directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order*